AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

| Date | Signature |
|---|---|
| | Print Name                    Bar Number |
| | Address |
| | City          State          Zip Code |
| | Phone Number               Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Artemio Altamirano-Ruiz

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                   **(HONORABLE ANTHONY J. BATTAGLIA)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ2464 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ARTEMIO ALTAMIRANO-RUIZ, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

                        U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov

                                    Respectfully submitted,

DATED:   August 13, 2008            /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Artemio Altamirano-Ruiz