AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ARTEMIO ALTAMIRANO-RUIZ <br> T/N Fidelino Guzman-Herrera | CASE NUMBER: 08CR3000-H |

I, ~~ARTEMIO ALTAMIRANO-RUIZ~~ Fidelino Guzman-Herrera, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/4/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Fidelino Guzman_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY